# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Lisa LaRocca

v.                                              Case Number: 3:20−cv−00134

Alvin Independent School District

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646−828−7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 4/12/2024

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Status Conference

RE: Status Conference − #68

Date:   March 14, 2024                                              Nathan Ochsner, Clerk